UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ALCORDO ESTILLORE,<br><br>  Appellant,<br><br>  v.<br><br>TRUDI G. MANFREDO, *et al.*,<br><br>  Appellee. | **Case No. 1:16-mc-00051-DAD-EPG**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 1) |

On September 23, 2016, three applications to proceed *in forma pauperis* were transferred to this Court from the United States Bankruptcy Appellate Panel of the Ninth Circuit. (ECF No. 5.) Based on the information provided in the applications, it appears that the appeals are being taken in good faith. See 28 U.S.C. § 1915(a)(3). Furthermore, Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:  **October 11, 2016**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28